UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CORNELIA NOEL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:15-cv-01087 |
| | § | |
| SHELL OIL COMPANY, SHELL | § | |
| INTERNATIONAL E&P INC., and | § | |
| DEBO OLADUNJOYE, | § | |
| | § | |
| Defendants. | § | |

## DECLARATION OF TERAH MOXLEY

Pursuant to 28 U.S.C. § 1746, I, Terah Moxley, declare the following:

1. My name is Terah Moxley. I am over eighteen (18) years of age. I have never been convicted of a crime and I am fully competent and qualified to make this declaration. I have personal knowledge of the matters contained herein, and I am submitting this Declaration on behalf of Defendants Shell Oil Company ("Shell Oil Company") and Shell International E&P, Inc. ("SIEP") (collectively referred to as "Defendants"). I am an attorney with the law firm of Estes Thorne & Carr PLLC and counsel for Defendants' in the above-styled action.

2. Submitted in support of Defendants' Motion for Summary Judgment are true and correct copies of:

- The transcript from the December 8–9, 2016 deposition of Plaintiff Cornelia Noel with deposition exhibits 3–4, 7, 9, 14–15, 17–19, 21–25, 28–39;

- The transcript from the January 4, 2017 deposition of Alyssa Snider with deposition exhibits 2, 5, 11–12;

- The transcript from the January 4, 2017 deposition of Doug Peart with deposition exhibits 1, 3–4; and

- The transcript from the January 6, 2017 deposition of Kelly Rogers with deposition exhibits 7, 10.

**DECLARATION OF TERAH MOXLEY**  **PAGE 1**

3.  In addition, attached hereto as Exhibits J1 and J2 and submitted in support of Defendants' Motion for Summary Judgment are true and correct copies of the following:

- Certificate of Records from Custodian of Records with respect to the records contained in Exhibits 34–36 to the December 8–9, 2016 deposition of Plaintiff Cornelia Noel; and
- Affidavit with respect to the records contained in Exhibits 37–39 to the December 8–9, 2016 deposition of Plaintiff Cornelia Noel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of February, 2017.

*[signature]*
TERAH MOXLEY

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**



# Chevron

| | Danielle Davenport<br>Service of Process<br>Assistant | Enterprise Litigation<br>Chevron Corporation<br>6001 Bollinger Canyon Road, T3<br>San Ramon, CA  94583<br>Tel 925.842.1888 |

Re: **Noel, Cornelia vs. Shell Oil Company, et al.**
United States District Court of Texas
Southern District, Houston Divison
Civil Action No. 4:15-cv-01087
Records re: Cornelia Noel

## CERTIFICATE OF RECORDS

## AFFIDAVIT

I, the undersigned, declare,

1. I am over (18) eighteen years of age and the duly authorized Custodian of Records or other qualified witness and have authority to certify these records.

2. The attached are true copies of the records described in the Subpoena.

3. These records were prepared by personnel of the Company in the ordinary course of business at or near the time of the act, condition or event described in the records.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on October 26, 2015, at San Ramon, California.

*Danielle Davenport* (signature)
Danielle Davenport

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Contra Costa

Subscribed and sworn to before me on this 27th day of October 2015, by Danielle Davenport, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*Scott Banks* (signature)

SCOTT BANKS
Commission # 2099887
Notary Public - California
Contra Costa County
My Comm. Expires Feb 12, 2019

**Exhibit J1**

Shell/Noel - BP - 0006

# AFFIDAVIT

I, Ruth K. Pancherz, do hereby affirm and certify that:

1. I am employed as Counsel in the Legal Department of BP America, Inc., 501 Westlake Park Boulevard, Houston TX, 77079;
2. I am currently responsible for coordinating responses to Subpoenas and Authorizations relating to the employees of BP America, Inc. and its wholly-owned subsidiaries and I am familiar with the manner in which records are created and maintained by virtue of my duties and responsibilities;
3. On or about September 10, 2015, I received a Request for Records from LegalPartners LP, requesting various documents concerning Cornelia Noel;
4. On or about October 8, 2015, I provided LegalPartners LP, Inc., documents in BP's possession that were responsive to the Request for Records;
5. Upon information and belief, the records provided in response to the Subpoena were (i) prepared in the normal course of business (ii) by persons with knowledge of the act, event, condition, opinion or diagnosis therein recorded (iii) at or shortly after the time of the act, event, condition, opinion or diagnosis therein recorded and (iv) retained in the normal course of business by the responsible department.

Ruth K. Pancherz

Date

Before me, the undersigned authority, on this day personally appeared [signature], known to me to be the person whose name is subscribed to the foregoing instrument in the capacity therein stated, who being first duly sworn, stated upon his oath that the statements affirmed above are true and correct.

SWORN TO AND SUBSCRIBED before me, this 5 day of October, 2015.

NOTARY PUBLIC

My Commission Expires: 8-31-17

NICOLE C SHERROD
My Commission Expires
August 31, 2017

**Exhibit J2**