Douglas Peart
January 4, 2017

```
        IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF TEXAS
                HOUSTON DIVISION

CORNELIA NOEL,                 )
     Plaintiff                 )

V.                             ) C.A. NO. 4:15-CV-01087

SHELL OIL COMPANY, SHELL       )
INTERNATIONAL E&P, INC., AND   )
DEBO OLADUNJOYE,               )
     Defendant                 )
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL DEPOSITION OF

DOUGLAS PEART

JANUARY 4, 2017

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL DEPOSITION of DOUGLAS PEART, produced as a witness at the instance of the Plaintiff, and duly sworn, was taken in the above-styled and numbered cause on the 4th of January, 2017, from 2:27 p.m. to 4:43 p.m., before Wendi Broberg, CSR in and for the State of Texas, reported by machine shorthand, at the offices of One Shell Plaza, 910 Louisiana Street, Conference Room 48000, Houston, Texas 77002, pursuant to the Federal Rules of Civil Procedure.

Douglas Peart
January 4, 2017

2

```
1              A P P E A R A N C E S

2    FOR THE PLAINTIFF CORNELIA NOEL:

3       MR. NASIM AHMAD
        CLINE|AHMAD
4       723 Main Street
        Suite 904
5       Houston, Texas  77010
        Ph. (832) 767-3207
6       Fax (281) 864-4379
        E-mail:  nahmad@cline-ahmad.com
7

8    FOR THE DEFENDANT SHELL OIL COMPANY:

9       MS. TERAH MOXLEY
        ESTES THORNE & CARR, P.L.L.C.
10      3811 Turtle Creek Boulevard
        Suite 2000
11      Dallas, Texas  75219
        Ph. (214) 599-4000
12      Fax (214) 599-4099
        E-mail:  tmoxley@estesthornecarr.com
13

14   FOR THE DEFENDANT SHELL OIL COMPANY:

15      MS. CYNTHIA BIVINS
        SHELL OIL COMPANY - INHOUSE COUNSEL
16      One Shell Plaza
        910 Louisiana
17      Houston, Texas  77002
        Ph. (713) 241-7495
18      E-mail:  cynthia.bivins@shell.com

19   ALSO PRESENT:

20      Ms. Cornelia Noel

21   REPORTED BY:

22      WENDI BROBERG, CSR 7091
        Contracted by:
23      Raska Reporting
        Firm Registration No. 604
24      4008 Louetta Road, Suite 233
        Spring, Texas  77388
25      Ph. (832) 998-0015
```

Douglas Peart
January 4, 2017

```
1                        INDEX

2    Appearances ..................................2

3    Index ........................................3

4    Index of Exhibits ............................4

5    DOUGLAS PEART

6         Examination by Mr. Ahmad .................5

7    Signature of Witness .........................88

8    Reporter's Certification .....................89

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Douglas Peart
January 4, 2017

4

1                     INDEX OF EXHIBITS

2     NUMBER            DESCRIPTION           MARKED/IDENTIFIED

3     1        E-mail string, earliest from            17
               Jerry Jackson to Jamie Allen,
4              Doug Peart, cc Udofia, Guerrini,
               dated 3/4/14 re Cornelia Noel
5              Repatriation; latest from Doug
               Peart to Allen, Udofia, Guerrini
6              dated 3/11/14 re any information
               regarding her background and
7              technical skills (Bates Nos.
               Shell/Noel 003187 - 003190)
8
      2        E-mail string, first from Gouri         50
9              Venkataraman to Doug Peart dated
               12/19/14 re what I plan to enter
10             into Cornelia's performance
               summary; last from Venkataraman
11             to Snider, cc Peart, dated
               12/19/14 re all GPAs closed out
12             (Bates Nos. Shell/Noel 003763 -
               003764)
13
      3        E-mail from Gouri Venkataraman to       51
14             Alyssa Snider, cc Doug Peart,
               dated 11/14/14 re behavioral
15             issues with Cornelia that I
               believe are not redeemable (Bates
16             No. Shell/Noel 003771)

17    4        E-mail string, first from Noel to       55
               Peart dated 1/21/15 re please
18             elaborate on my performance
               issues; last from Peart to Noel,
19             cc Snider, dated 1/21/15 re "OR
               Feedback - Cornelia" (Bates Nos.
20             Shell/Noel 003721 - 003722)

21

22

23

24

25

Douglas Peart
January 4, 2017

5

1                    DOUGLAS PEART,

2     having been first duly sworn, testified as follows:

3                     EXAMINATION

4     BY MR. AHMAD:

5         Q     Good afternoon.

6         A     Afternoon.

7         Q     Would you state your name for the record,

8     please.

9         A     Douglas Peart.

10        Q     All right.  Mr. Peart, have you ever given a

11    deposition before?

12        A     Yes, I have.

13        Q     How many times do you think?

14        A     Just once.

15        Q     Okay.  How long ago was that?

16        A     Oh, probably five or six years.

17        Q     Okay.  So you're somewhat familiar with the

18    process?

19        A     Yes.

20        Q     All right.  Let me just say that you understand

21    that you are under oath?

22        A     Uh-huh.

23        Q     All right.  If you do not understand any of my

24    questions, let me know, and I'll be happy to rephrase

25    and try to work through that.  Okay?

Douglas Peart
January 4, 2017

1      A      Yeah.

2      Q      All right.  And because we do have a court

3   reporter here taking down everything that everybody

4   says, sometimes I may prompt you for an oral response.

5   In everyday conversation we communicate nonverbally all

6   the time.  Unfortunately, we cannot do that in a

7   deposition.  So I'm not trying to be rude.  I just -- I

8   may prompt you for an oral response.  Okay?

9      A      That's fine.

10     Q      All right.  What have you done to prepare for

11  your deposition, sir?

12     A      I did some personal reflecting trying to recall

13  some of the events.  We had visited with the Shell

14  attorneys yesterday.

15     Q      Okay.  And did review any documents to prepare?

16     A      I did.

17     Q      Okay.  What documents did you review to prepare

18  for your deposition?

19     A      There were I want to say three e-mails.  One

20  was a calendar event and then a couple of e-mails.

21     Q      Okay.  So just about three, three or four

22  documents?

23     A      Uh-huh.

24     Q      Yes?

25     A      Yes.

Douglas Peart
January 4, 2017

1      Q    Okay.  All right.  Did any of those documents
2  help you refresh your memory?
3      A    They did, yes.
4      Q    Okay.  So you understand that I represent
5  Ms. Noel in a lawsuit against Shell, correct?
6      A    Yes, I do.
7      Q    All right.  And you know Ms. Noel?
8      A    Yes.
9      Q    How do you know Ms. Noel?
10     A    She was part of my team back in 2014, 2015 time
11  frame.
12     Q    Okay.  And how about before that time, had
13  Ms. Noel been a part of your team before that time at
14  all?
15     A    No.  I had seen a presentation she had done
16  when she was with the research group.
17     Q    Okay.
18     A    Then I believe she went off to Nigeria, and I
19  hadn't seen her during that time frame.
20     Q    Okay.  Do you know how long she was in Nigeria?
21     A    No.
22     Q    All right.  So you knew -- before Ms. Noel
23  actually joined your team, you knew who she was?
24     A    I knew of her, yes.
25     Q    Okay.  When Ms. Noel was working in Nigeria,

Douglas Peart
January 4, 2017

8

 1   did you ever have a chance to see her in Nigeria?

 2       A    No.

 3       Q    Okay.  Do you recall visiting Nigeria around

 4   the time that Ms. Noel would have been working in

 5   Nigeria?  Do you recall that at all?

 6       A    I was in Nigeria -- and I don't remember.  I

 7   was in Nigeria for an accident investigation.  If she

 8   was there, I may have seen her then.  I don't recall.

 9       Q    Okay.  Do you recall what the accident was that

10   you were investigating?

11       A    It was a fatality on a service vessel.

12       Q    I'm sorry?

13       A    It was a fatality on a service vessel.

14       Q    Oh, okay.  All right.  But you don't recall

15   seeing Ms. Noel when you were there in Nigeria?

16       A    I don't recall.

17       Q    Okay.  You might have, might not have?

18       A    I may have, may not have.

19       Q    Okay.  What is your -- what is your position

20   with Shell?

21       A    I'm retired.

22       Q    Okay.  When did you retire from Shell?

23       A    Last year, end year, 31st December.

24       Q    12/31 of 2015?

25       A    '15, yes, sir.

Douglas Peart
January 4, 2017

9

1      Q      How long did you work for Shell?

2      A      38 and a half years.

3      Q      All right.

4      A      Give or take a day.

5      Q      When you retired, what was your title?

6      A      General manager of SURF.

7      Q      That's S-U-R-F all caps?

8      A      Yes, sir.

9      Q      What does SURF stand for?

10     A      Subsea Umbilicals, Risers and Flowlines.

11     Q      All right.  And how long did you hold that

12  title?

13     A      Oh, I was in that role, general role 20

14  years --

15     Q      Okay.

16     A      -- plus or minus.

17     Q      All right.  And how is it that Ms. Noel came to

18  be part of your team?  Do you recall?

19     A      Yes.  I was approached by Jamie Allen who was

20  from the HR Department and Jerry Jackson who was general

21  manager in Nigeria.  They shared with me that they were

22  having some issues with Cornelia both from a performance

23  standpoint as well as conflicts with other individuals

24  and they needed to have her leave the organization.

25  They felt that Subsea was her natural home, so I was

Douglas Peart
January 4, 2017

1    instructed to -- to take her in to my organization.

2        Q    And how did you receive that I guess message or

3    information or instruction about Ms. Noel?  Was that --

4    do you recall was that by e-mail?  Was that a telephone

5    conversation?  Do you recall?

6        A    It was verbal.

7        Q    Okay.

8        A    It was -- the conversation, the things I can

9    remember, they were all verbal.

10       Q    Okay.  Is Jamie Allen in Houston?

11       A    No, I believe she's in Louisiana now.

12       Q    Okay.  Was she in Houston at the time?

13       A    Yes.

14       Q    And so you met with her face-to-face you think?

15       A    I did.

16       Q    Okay.  And you recall that specifically?

17       A    Yes.  And then at an event in I believe it was

18   Singapore, she and Jerry Jackson met with me and gave me

19   a bit of a brief and instructed me basically that we

20   were going to take Cornelia into our organization.  It

21   was the best fit for her skills.

22       Q    Okay.  And that -- did you say that was in

23   Singapore?

24       A    I want to say it was -- I think it was

25   Singapore.  It was in the east.  It was one of our

Douglas Peart
January 4, 2017

11

1    project get-togethers.

2        Q    I take it that you traveled quite a bit in your

3    job?

4        A    Yes, I did.

5        Q    Okay.  I mean, we're five minutes in, and we're

6    talking --

7        A    Which is --

8        Q    -- about going to Nigeria and Singapore.

9        A    Yes.

10       Q    Okay.  So what -- so what did you think when

11   you had these discussions with Mr. Jackson and

12   Ms. Allen?  What were your thoughts?

13       A    Well, my first reaction was I really didn't

14   have a good position for her that I thought would fit

15   well with what I envisioned her capabilities to be.  I

16   was a little disappointed that they would -- if there

17   really were performance issues that they would put

18   her -- force her into this -- my organization.  She was

19   hired in the Research Department, so I thought maybe

20   that was a good place that she could get back into

21   since, again, that also seemed to be a better fit for

22   what her skills were.

23       Q    Did you discuss that with Ms. Allen and/or

24   Mr. Jackson?

25       A    I did.

Douglas Peart
January 4, 2017

12

1      Q      And how did they respond?   What was the

2  response?

3      A      Jerry was just more providing information.

4  Jamie stated that basically that was the way they

5  intended to do this so let's find her a space and we

6  did.

7      Q      Okay.   And who found her the space?

8      A      That was myself and my delivery managers.   We

9  talked about where the greatest need was, where we

10  thought she could help us the most, and we came up with

11  this liaison position reporting to Gouri.

12      Q      I'm sorry.   Reporting to who?

13      A      Gouri Venkataraman.

14      Q      I'm sorry.   How do you pronounce his last name?

15      A      Venkataraman.

16      Q      Venkataraman?

17      A      Yes.

18      Q      Okay.   And his first name is Gouri?

19      A      Gouri.

20      Q      Okay.   All right.   And who found Ms. Noel that

21  position reporting to Gouri?

22      A      Who found it?   We had -- that position was an

23  open position --

24      Q      Okay.

25      A      -- in the system.   We had posted once for it,

Douglas Peart
January 4, 2017

13

1    at least once for it, hadn't been able to fill it, and

2    so this looked like the best option at the time.

3         Q    So it was an open position that you put

4    Ms. Noel?

5         A    Correct.

6         Q    Was Ms. Noel -- from a skillset standpoint, was

7    she qualified to do that work?

8         A    Yes, in my view she was.

9         Q    All right.

10        A    Yeah, sure.

11        Q    Did you ever recommend terminating Ms. Noel?

12        A    I don't -- don't -- I didn't recommend

13   terminating her.

14        Q    Okay.

15        A    No.

16        Q    Did -- do you know if anybody else at Shell

17   recommended that Ms. Noel be terminated?

18        A    Don't know.

19        Q    Okay.  All right.  So you don't know if Gouri

20   recommended that Ms. Noel be terminated?

21        A    I don't know.

22        Q    Okay.  You never discussed that with him?

23        A    No.

24        Q    All right.

25        A    We discussed performance more generally --

Douglas Peart
January 4, 2017

14

1      Q     Okay.

2      A     -- but not a specific recommendation that we

3   terminate her, no.

4      Q     So if Gouri did make that recommendation to

5   terminate Ms. Noel's employment, you have no knowledge

6   of that?

7      A     No.

8      Q     Correct?

9      A     Correct.

10     Q     Okay.  The discussions that you had with Gouri

11  about Ms. Noel's performance more generally, can you

12  tell me about what you recall from those discussions?

13     A     The best I can.  There was feedback from Gouri

14  related to her willingness to focus on the

15  responsibilities and accountabilities of the role

16  itself.  There was a -- he described a tendency to want

17  to wander into other things that were peripheral to the

18  assignment and not part of her normal job

19  responsibilities.  He talked about some clashes with

20  others in the time frame.  That was about the extent of

21  the feedback.

22     Q     And what types of clashes are you referring to?

23  Do you recall what he said about that?

24     A     Well, there were disagreements obviously, but

25  there was also these accusations, again, of other people

Douglas Peart
January 4, 2017

15

1   stealing her work and taking her ideas and such.

2        Q    And was that going on?

3        A    I don't know.

4        Q    Okay.  Well, what did you do when Gouri made

5   those comments to you about Ms. Noel?

6        A    So I don't remember specifically but generally

7   I would ask him to follow up, coach her, have

8   conversa -- try to help her interact in a more positive,

9   constructive way, that the way to get sometimes what you

10  want was to be more constructive and not try to

11  challenge all the time and so that was the gist of

12  what -- what we would talk about.

13       Q    Okay.  You can understand how if what Ms. Noel

14  was saying at the time were true, you can understand how

15  Ms. Noel would be upset about that?

16       A    I can understand that.

17       Q    Okay.  Did you discuss that aspect with Gouri

18  about looking into whether that was true?

19       A    General -- again, I don't remember the

20  specifics of the conversation.  Generally when we'd have

21  situations like that, maybe not in those exact words,

22  but that would be the -- what we'd ask them to do is to

23  follow up.  Typically we would ask delivery managers to

24  take all of the complaints seriously, to follow up to

25  where they could help the individual to established

Douglas Peart
January 4, 2017

16

1  coaching session to help them improve their performance

2  and ultimately be more productive.

3       Q    Did Ms. Noel ever report directly to you?

4       A    No.

5       Q    Did you ever have the opportunity to observe

6  Ms. Noel's job performance?

7       A    I did.

8       Q    How so?

9       A    We -- the company came out with a new cell

10 phone policy with some clear principles about who would

11 ultimately get cell phones with data capability, who

12 would get cell phones, who would have to use a pool of

13 cell phones.  We asked her to look -- the whole goal was

14 to reduce the overall cell phone usage and the cost of

15 information systems like phones and Blackberries in

16 particular.  So I had the opportunity to see her report

17 out on that.

18      Q    I'm sorry.  See her?

19      A    Report back to the leadership team on her

20 assessment, how the principles might apply, what her

21 recommendations were.

22      Q    Any other ways in which you were able to

23 personally observe Ms. Noel's job performance?

24      A    No.

25      Q    Okay.  For how long did Ms. Noel report to

Douglas Peart
January 4, 2017

17

1    Gouri?

2        A    I don't remember how long.

3        Q    Was there a point in time that Ms. Noel stopped

4    reporting to Gouri?

5        A    She didn't -- well, Gouri was transferred to

6    India and when he left we posted his position and Sue

7    Moore took over that role reporting to me.

8        Q    And do you recall when that was?

9        A    No.  I don't have the dates anymore.

10       Q    Do you know roughly when it was?  Can you

11   ballpark it for me, or you have just no idea?

12       A    I'd be guessing I'd have to say.

13       Q    What's your best guess?

14       A    I think Sue was in my -- was with me I'd say

15   for a year before I retired.  That's my only best guess.

16       Q    Roughly a year?

17       A     I'd say a year, plus, minus.

18       Q    Okay.

19            (Exhibit 1 marked)

20       Q    (By Mr. Ahmad)  Mr. Peart, I have handed you

21   what's been marked as Exhibit No. 1 to your deposition.

22   Do you recognize that document?

23       A    Well, it has my name on it so from that

24   perspective, yes, but given the myriads of e-mails that

25   I've received, no, I don't remember it specifically.

Douglas Peart
January 4, 2017

1     Q    All right.  Well, the most recent in the chain

2  is an e-mail from you to Jamie Allen --

3     A    Yes.

4     Q    -- and others, right?

5     A    Yes.

6     Q    In which you're inquiring about Ms. Noel's

7  background and technical skills?

8     A    Yes.

9     Q    Okay.  Did you ever -- let me ask you:  When

10  you were discussing Ms. Noel around this time frame with

11  Ms. Allen and Mr. Jackson, do you recall a discussion

12  about who Ms. Noel was having conflicts with in Nigeria?

13     A    No, not specifically.

14     Q    Around this time were you aware that there had

15  been an investigation done in Nigeria into allegations

16  that Ms. Noel had raised?

17     A    No.

18     Q    Did you ever hear about --

19     A    No.

20     Q    -- that investigation?  Okay.

21          So you never discussed that with either

22  Mr. Jackson, Ms. Allen or David Williams?

23     A    I think, no, not that I can recall.

24     Q    Okay.  Do you know why Ms. Noel has filed a

25  lawsuit against Shell?

Douglas Peart
January 4, 2017

```
1      A    I -- no, I don't really know exactly other than

2    when we asked her to -- when her position went away and

3    we -- and she -- they asked her to post for another

4    position, she quit and thus the -- so it's related to

5    that.  I think she -- I don't know.

6      Q    Okay.  Why do you say that Ms. Noel quit her

7    job?

8      A    Because she wasn't terminated, and she left.

9    We were together I think in mediation and my assumption

10   was she had left the company, but that may be wrong.

11     Q    Okay.  All right.  So your recollection is that

12   after her position was eliminated Ms. Noel just left

13   Shell?  She resigned voluntarily?  That's your

14   understanding?

15     A    That's my understanding.

16     Q    Okay.  Do you know how Ms. Noel's position came

17   to be eliminated?

18     A    We had filled the position so yes is the answer

19   to the question.

20     Q    Okay.

21     A    I know how --

22     Q    Sure.

23     A    -- it came to be.

24     Q    And how is it that Ms. Noel's position came to

25   be eliminated?
```

Douglas Peart
January 4, 2017

1    A    So we had the position open.  It was a position

2  that was created in an organization design.  It was an

3  idea to try to put a role in place since we here in

4  Houston -- my organization was the center of excellence

5  for subsea globally.  We would often have to provide

6  technical service to other locations around the globe

7  including Nigeria, including FLNG and Kuala Lum -- and

8  other deepwater projects in Kuala Lumpur and other areas

9  of the world where projects with subsea were happening.

10 That was the role she was in.  Whether -- I think as --

11 as things matured, her inability to really turn that

12 role into something meaningful that warranted keeping

13 the position began to become less important, and we

14 decided that as we were trying -- thinking ahead to

15 trying to begin to deal with a shrinking portfolio, this

16 would probably -- this would be a position that we could

17 eliminate.

18    Q    And who first raised that idea that the

19 position could be one that y'all could eliminate?  Do

20 you recall that?

21    A    It would have been in the conversation with

22 Gouri and I as we had conversations.  His group was a

23 bit unique in that it had some different more unique

24 positions, this being one of them -- there were several

25 others -- and we often talked about is this right,

Douglas Peart
January 4, 2017

21

1    should we shrink, should we continue to grow, is this a

2    position that we could do without, are we really getting

3    value out of this particular role.  So likely -- again,

4    don't remember the specifics, but generally that would

5    have happened in a conversation and would have fit in

6    that model in which we worked.

7        Q    When you were discussing the elimination of the

8    position with Gouri, did you express to him one way or

9    the other an opinion as to whether you thought that was

10   a good idea or not, or do you recall?

11       A    I mostly would ask and listen.  I would offer

12   some ideas and depending on in the long-term strategy

13   for the whole organization may or may not support the

14   tactical choice to eliminate a position here, eliminate

15   a position elsewhere in the organization.  There was

16   always a flux in positions as projects changed, as

17   portfolios changed.

18       Q    So do I understand you to be saying that you

19   were of the mind-set that eliminating that position was

20   something that would be a good idea?

21       A    Yes.

22       Q    Okay.

23       A    We agreed that, in fact, the position as it was

24   in -- looked to be developing wasn't going to be

25   something that was worth holding on to in the

Douglas Peart
January 4, 2017

22

1    organization.  That's correct.

2         Q    When you had that discussion with Gouri, did

3    you also have a discussion about where Ms. Noel would

4    go?

5         A    We -- not so much with Gouri, I wouldn't say,

6    other than it would have been mainly with Gouri and

7    Alyssa I would say.  We would have talked about that

8    this position isn't working, how do we -- you know, what

9    do we do, how do we deal with the fact that somebody is

10   in there now, Cornelia in this particular case.  The

11   answer was, well, you give her several opportunities to

12   post out into the bigger organization and find a role

13   there which was typically the way it would have been

14   done.  It sounded like a good idea to me at the time to

15   your question before because, No. 1, again, we weren't

16   getting a lot out of the position; No. 2, it didn't look

17   like the current course was going to turn it into a

18   positive addition; and, No. 3, the opportunity to post

19   perhaps would give Cornelia an opportunity to find a

20   role that was a better fit, maybe better suited to her

21   specific skills.

22        Q    Do you know if Ms. Noel posted for any

23   positions after she was told that her position was being

24   eliminated?

25        A    I don't know.

Douglas Peart
January 4, 2017

23

1    Q    Did you have an opinion or a feeling whether

2    Ms. Noel would be able to find another position at Shell

3    after she was told that her position was being

4    eliminated?

5    A    I've had -- I didn't really have a strong

6    opinion one way or the other.  You know, I know that

7    typically IPFs are provided and references are provided.

8    That in and of itself would suggest to me that it -- if

9    the individuals followed up with references that might

10   be -- create some difficulty.  By the same token, I've

11   had individuals that had similar performance and they've

12   found positions.  So it all just depends on the needs at

13   the time, the specific individual, the skills they

14   possess and what the role was.

15   Q    When you say that you've had individuals with

16   similar performance find positions, what do you mean by

17   that as far as similar performance?

18   A    So I've had individuals that had opportunities

19   to improve that were underperforming in the role as

20   per -- as to expectations for that particular role that

21   either on their own most of the time would look for

22   other positions.

23             MR. AHMAD:  I want to object as

24   nonresponsive.

25   Q    (By Mr. Ahmad)  I think my question was a

Douglas Peart
January 4, 2017

1    little bit different.

2        A    Okay.

3        Q    You mentioned individuals with similar

4    performance to Ms. Noel --

5        A    Uh-huh.

6        Q    -- and so I want to -- I want to talk about

7    that.  How is it that you are measuring performance when

8    you talk about similar performance to Ms. Noel?

9        A    Okay.  It's actual accomplishments relative to

10   the goals and plans that were set.

11       Q    And how is that measured?

12       A    The results are captured and assessed against

13   that particular goal.  There's a conversation, an

14   assessment made as to the success thereof, the accuracy

15   thereof, the depth and -- of the -- of the work --

16       Q    Okay.

17       A    -- done by the supervisor.

18       Q    All right.  You mentioned IPFs --

19       A    Uh-huh.

20       Q    -- right?  Yes?

21       A    Yes.  Sorry.

22       Q    What is an IPF?  It's all right.

23       A    Individual performance factor.

24       Q    Okay.  And each year an employee is given an

25   IPF?

Douglas Peart
January 4, 2017

1     A     That's correct.

2     Q     Okay.  And it ranges from what to what?

3     A     It tests my memory, I'm afraid, but I'd say --

4     Q     That's what I'm here to do.

5     A     -- .4 to 1.4.

6     Q     .4 to 1.4?

7     A     Alyssa is probably the best -- HR is probably

8  the best to get the exact --

9     Q     Okay.

10     A     -- but it's in that general vicinity.

11     Q     Okay.  Do you know what Ms. Noel's IPF for 2014

12  was?

13     A     I don't remember specifically.

14     Q     Do you recall it being very low?

15     A     I don't remember.

16     Q     Okay.  If I were to tell you that Ms. Noel's

17  IPF for 2014 was a .5, would that surprise you?

18     A     No.

19     Q     Okay.  Why not?

20     A     Basis, again, the performance in the role

21  against expectations of her performance, in the IPF

22  session that gets compared to other individuals in her

23  job group.

24     Q     Which job group would Ms. Noel have been on?

25     A     I believe she was a 2 at the time.

Douglas Peart
January 4, 2017

1      Q    Okay.

2      A    And she would compete with the other 2s.  The

3  company would issue some specific guidance in terms of

4  average IPFs of a pool.  There would be a lot of

5  conversation, a lot of debate on contributions,

6  performance against expectations.  This is where

7  behaviors and collaboration would tend to come into the

8  conversation more in terms of how they did their work,

9  not just that they did it and so there would be a

10  relative assessment offered by the individual delivery

11  managers and it would get discussed and worked until it

12  maintained some statistical significance.  Then at the

13  end of that process, there would typically be any number

14  of checks, diversity checks to ensure -- to ensure -- to

15  test the data against bias in terms of gender, ethnicity

16  and such.

17      Q    At the time that Ms. Noel was given her 2014

18  IPF, she was the only one performing the duties that she

19  was performing; is that fair?

20      A    Yes.

21      Q    Meaning there's nobody else performing those

22  similar duties?

23      A    Well, I say yes.  Again, that position -- let

24  me -- let me back up.  So the work requests would come

25  in from around the globe.  They would come into the

Douglas Peart
January 4, 2017

1    organization to any number of individuals.  The role was

2    created to actually position a central point for these

3    engineering requests to come into, are they reasonable,

4    are they being put to the right place in the

5    organization, is there budget to pay for the time and so

6    on.  So the work was getting done.  It didn't stop being

7    done the way it had been done at that point in time.  So

8    it's not that there was another individual specifically

9    tasked to do what she did, if that helps.

10        Q    Okay.  I think I understand.

11             At the time -- well, let me ask you if you

12   recall.  Do you recall when Ms. Noel was repatriated?

13        A    Vaguely.

14        Q    Roughly when?

15        A    I don't remember the time.

16        Q    Okay.  Does right around July, August 2014 time

17   frame sound right?

18        A    It could be, yes.

19        Q    Okay.  How was that handled with respect to an

20   IPF when an employee completely changes jobs midway

21   through the year?

22        A    There's a collaboration between the current

23   supervisor and the past supervisor.  They talk about

24   what each -- what the other is proposing, what the other

25   maybe would have proposed.  So there's a meshing of the

Douglas Peart
January 4, 2017

1    ideas to come -- with a singular recommendation for an

2    IPF.

3        Q    Okay.  And so Gouri would have been working

4    with whom or collaborating with whom to come up with

5    Ms. Noel's 2014 IPF?  Do you know?

6        A    Debo, I believe.

7        Q    Do you know Debo's last name?

8        A    Starts with an O.

9        Q    Okay.  We can leave it at that.  If you're

10   letting me get away with Gouri, then I will let you go

11   with --

12       A    Thank you.

13       Q    All right.  Do you know Debo?

14       A    I've met Debo, yes, several times.

15       Q    But you've never worked with him --

16       A    No.

17       Q    -- on an ongoing basis?  Okay.  All right.

18            I asked you earlier if you knew why or the

19   circumstances around Ms. Noel being repatriated --

20       A    Yes.

21       Q    -- and I want to just dig into that a little

22   bit more.  When you were told that Ms. Noel was being

23   repatriated, were there -- do you know were there other

24   folks in Nigeria who could have been repatriated instead

25   of Ms. Noel?

Douglas Peart
January 4, 2017

```
 1      A    I -- there was at least one other U.S. based
 2  staff that was in Nigeria at the time that I can recall
 3  that could have been, but I don't think the roles were
 4  the same.
 5      Q    Okay.  Here's what I'm struggling with.
 6      A    Okay.
 7      Q    Ms. Noel gets repatriated into the
 8  United States into a position that was going away, and
 9  so knowing what you know, Ms. Noel coming to the
10  United States and you finding a spot for her, is it fair
11  to say that because of that, because of that process,
12  because Ms. Noel was put in that job that's ultimately
13  why her employment was terminated is because she went --
14  she was placed into a job that was going away shortly
15  thereafter?
16              MS. MOXLEY:  Objection.  Assumes facts.
17              Go ahead.
18              THE WITNESS:  Oh.
19      A    That's a false premise, I would say.
20      Q    (By Mr. Ahmad)  Okay.  How so?
21      A    Because there was never an intent at that point
22  to dissolve that position.  That wasn't the goal of
23  putting someone in there.  We were trying to fill that
24  position and had tried to fill it.  I saw it as
25  potentially adding value to helping Global work in a
```

Douglas Peart
January 4, 2017

30

1    more efficient way.  The opportunity came up.  For me it

2    was here is an employee, do something.  We had an

3    opportunity.  It was actually a lesser job group than

4    she was at the time, so I felt like given her

5    understanding of Nigeria and some other places

6    potentially that she could help me create something with

7    that position.

8         Q    I understand what you're saying, and I just

9    want to make sure that my question is clear.

10        A    Yeah.

11        Q    I am not -- I did not mean to suggest that you

12   knew at the time --

13        A    Oh.

14        Q    -- that the role was going to be going away,

15   but sitting here today looking back on it that is what

16   happened.  Ultimately --

17        A    Yes.

18        Q    -- the position did not materialize --

19        A    Correct.

20        Q    -- and it had to just be eliminated, correct?

21        A    Correct.

22        Q    Okay.  Or at least that was the recommendation

23   made to you by Gouri, right?

24        A    Yes.

25        Q    Okay.  And so is it fair to say do you believe

Douglas Peart
January 4, 2017

1  that had -- if Ms. Noel had not been repatriated, if

2  somebody else had been repatriated, then Ms. Noel would

3  most likely still be working for Shell?

4              MS. MOXLEY:  Objection.  Calls for

5  speculation.

6      A    I would say it depends on if they did the job

7  the same way or they were able to create something out

8  of it.  If the job would have gone away, they as well

9  would have been given an opportunity to post and find

10 another position, not leave Shell.  So it's speculative.

11 I don't know --

12     Q    (By Mr. Ahmad)  Sure, sure.

13     A    -- is the answer but --

14     Q    Well, you talk about trying to find another

15 position within Shell, but that was I think, as you

16 mentioned before, that would have been difficult for

17 Ms. Noel given her 2014 IPF; is that fair?

18     A    It would have been -- I would guess that it

19 would be harder with lower IPFs, correct.

20     Q    Yes, especially with an IPF of .5?

21     A    Yes.

22     Q    That's a tough sale for someone?

23     A    Depends on, again, the role and the need and --

24 I've seen it before, so it's not out of the question

25 certainly.  It's just -- it all depends.  I couldn't

Douglas Peart
January 4, 2017

32

1  tell you what -- who needed what, when in that time

2  frame.

3      Q    Okay.  I may have asked you this before but I

4  don't recall what your answer was if I did ask you so I

5  will ask you again.

6      A    Okay.

7      Q    Did you have a discussion with Ms. Allen and/or

8  Mr. Jackson about why Ms. Noel was being repatriated?

9      A    Yes.

10     Q    Okay.  And I don't mean the reason for why -- I

11 apologize.  It's a bad question.  But what I really mean

12 to say is did you have a discussion with them, Ms. Allen

13 and/or Mr. Jackson, about why Ms. Noel versus somebody

14 else would be repatriated?

15     A    No.

16     Q    Okay.  I believe you told me that they told you

17 that Ms. Noel was being repatriated because of some, I

18 don't know, did you say conflicts or clashes or --

19     A    It said performance issues and conflicts with a

20 number of other staff.

21     Q    Yes, when it comes to -- when it comes to

22 conflicts, you obviously have to have more than one

23 person involved in a conflict, fair?

24     A    Correct.

25     Q    Okay.  So when it comes to conflicts that

Douglas Peart
January 4, 2017

33

1  Ms. Noel had, somebody else may have been as culpable or

2  more culpable for the conflicts involving Ms. Noel in

3  Nigeria.  Is that a fair statement?

4          MS. MOXLEY:  Objection.  Calls for

5  speculation.

6     A    My understanding is there were more than one.

7  It was enough of an issue that they wanted me to take

8  her back.

9     Q    (By Mr. Ahmad)  I understand that's your

10  understanding, and that's your understanding coming from

11  Ms. Allen and/or Mr. Jackson, right?

12     A    Yes.

13     Q    Okay.  Anybody else who gave you that

14  understanding?

15     A    No.

16     Q    Did you talk to anybody else about Ms. Noel

17  before she was repatriated?

18     A    (Moving head side to side.)

19     Q    Just Ms. Allen and Mr. Jackson?

20     A    Best as I can recall --

21     Q    Okay.

22     A    -- it was Jamie Allen and one conversation with

23  Jerry Jackson.

24     Q    Okay.

25     A    I did -- I take it back.  I did talk to my boss

Douglas Peart
January 4, 2017

34

1   because I wanted him to be aware of what was going on

2   and support the plan that they had put in place.

3        Q    And who is your boss?

4        A    Ian Silk.

5        Q    Okay.  Who is David Williams?

6        A    David Williams would have been Alyssa's boss,

7   so he is the HR manager.

8        Q    Did you ever speak to Mr. Williams about

9   Ms. Noel?

10       A    No.

11       Q    Okay.  So let's go back to my other question.

12  As a general proposition --

13       A    Okay.

14       Q    -- you would agree that if an employee has

15  conflicts there may be another employee who is at least

16  as culpable or more culpable for the conflict than the

17  employee who is said to have the conflict?

18       A    It's possible.

19       Q    Okay.  But you did not have any discussions

20  with Ms. Allen and/or Mr. Jackson about that?

21       A    No.

22       Q    Okay.

23       A    Not the specifics of the issues.

24       Q    You just let them make the call as far as who

25  would be repatriated?

Douglas Peart
January 4, 2017

35

1      A     Let them might be a little bit more.  It was

2    going to happen and that was the bit -- the conversation

3    with Ian and there was confirmation that this was the

4    plan and we should find her a spot so I did.

5      Q     Let me do it this way:  You did not make the

6    decision to repatriate Ms. Noel?

7      A     No.

8      Q     Okay.  Somebody else did?

9      A     Yes.

10     Q     For whatever reason that they may have?

11     A     Yes.

12     Q     Okay.

13     A     That's correct.

14     Q     Do you know one way or the other whether

15   Ms. Noel raised some issues about her working

16   environment in Nigeria?

17     A     Not until she came into my organization.

18     Q     Okay.  And how did you learn of the issues that

19   Ms. Noel had raised in Nigeria?

20     A     Typically I would have -- and I remember a

21   one-to-one conversation that we had generally speaking

22   would talk about the opportunity, the role, what I hoped

23   it could be, how I envisioned that individual, in this

24   case Cornelia, could help us be better.  At that time

25   she produced a fairly lengthy document of specific

Douglas Peart
January 4, 2017

36

1    issues and feedback from Nigeria and her rebuttal and

2    proceeded to go through that fairly lengthy list.

3        Q    So Ms. Noel discussed that directly with you?

4        A    Yes, she did.

5        Q    Okay.  And just so we're clear, I am asking you

6    what your knowledge is sitting here today.  Okay?

7        A    Yes.  Okay.

8        Q    All right.  And so sitting here today, do you

9    also know that there was an investigation by human

10   resources into the concerns that Ms. Noel had raised

11   about her working environment in Nigeria?

12       A    Not that I recall.

13       Q    Okay.  So Ms. Noel didn't discuss about --

14   didn't discuss with you anything about the investigation

15   that was done by human resources in Nigeria?

16       A    Not that I can recall.

17       Q    Okay.

18       A    If you've got a document that could help me,

19   I'd be happy to take a look at it, but I don't remember

20   that, no.

21       Q    All right.  And so you don't know who would

22   have conducted the investigation into Ms. Noel's

23   concerns that she raised in Nigeria?

24       A    No.

25       Q    All right.  And so you don't know the result of

Douglas Peart
January 4, 2017

1  the investigation into Ms. Noel's concerns about the

2  working environment in Nigeria?

3      A    No.

4      Q    Okay.  Are you aware at the time that you were

5  at Shell -- and we can say around this time frame --

6      A    Okay.

7      Q    -- that Ms. Noel was repatriated, are you aware

8  around that time did Shell have an antidiscrimination

9  policy?

10      A    Yes.

11      Q    How do you know that?

12      A    We had training on it and had documentation to

13  support that.

14      Q    Okay.  And do you know if Shell also had an

15  anti-retaliation policy?

16      A    Anti -- I don't know what that -- what you

17  mean.

18      Q    Okay.  Do you know one way or the other whether

19  it is unlawful to retaliate against an employee for

20  raising concerns of discrimination in the workplace?

21      A    That was part of the -- I believe that was part

22  of the overall training, yes.

23      Q    Okay.  So antidiscrimination, anti-retaliation

24  policy, is that right?  Is that your understanding?

25      A    I never heard of it as anti-retaliation but if

Douglas Peart
January 4, 2017

 1    it's related to claims made or accusations made or

 2    concerns expressed, how to deal with that and there was

 3    an understanding, in my mind anyway -- I don't know if

 4    it was actually specifically laid out in the policy --

 5    that we welcomed that and, no, there wasn't --

 6    retaliation wasn't part of the proposal or the process,

 7    if you will.

 8        Q    Okay.  Let me see if I can put a finer point on

 9    that.

10        A    Sure.

11        Q    How long did say you worked for Shell?

12        A    38 and a half years.

13        Q    38 and a half years.

14             When Ms. Noel came to you to talk about

15    the issues that she had in Nigeria, do you recall what

16    those issues were?

17        A    I don't remember specifically.  In general they

18    were specific feedback from other individuals,

19    potentially supervisors I would -- I assume about her

20    performance, about her ability to get along.  Again, I

21    don't remember.  There was a fairly substantial document

22    that outlined all of these that came -- was part of the

23    conversation that she and I had when I believe she first

24    showed up.  My -- with the myriads of things that I had

25    to do, we didn't go through the whole document.

Douglas Peart
January 4, 2017

39

1      Q     All right.

2      A     My advice to her was to have a deeper

3   conversation with her supervisor in HR if needed to be

4   able to sort through that.  I had no firsthand knowledge

5   of what happened in Nigeria.  I didn't have any -- other

6   than through the concerns expressed by Jerry and Jamie,

7   I had nothing tangible to say she did this, didn't do

8   that, did that well, didn't do that well, so it was

9   not -- I didn't feel like it was mine to be able to

10  address each complaint, if you will.

11     Q     Did you recommend that Ms. Noel contact human

12  resources?

13     A     I did.

14     Q     Okay.  Did you recommend a specific person for

15  Ms. Noel to contact?

16     A     Well, Alyssa was our HR representative in the

17  business.

18     Q     Okay.

19     A     I may have mentioned to Jamie Allen, but I

20  don't recall specifically.

21     Q     Okay.  Do you recall Ms. Noel stating that she

22  had concerns of discrimination, gender discrimination,

23  gender bias in Nigeria?

24     A     I don't remember that, no.

25     Q     Okay.  Is human resources the appropriate

Douglas Peart
January 4, 2017

1    department to take and handle complaints of

2    discrimination and/or retaliation?

3        A    Yes.

4        Q    Are you aware of any other employee -- other

5    than Ms. Noel, are you aware of any other employee in

6    your 38 and a half years at Shell who has raised a

7    complaint of discrimination?

8        A    Yes.

9        Q    Are you aware of any other employee who has

10   raised a complaint of retaliation?

11       A    No.

12       Q    How many times have you learned either

13   firsthand or heard that an employee has complained of

14   discrimination?

15       A    How many times in the 38 and a half years?

16       Q    Yes.  And I'm going to assume it's a fairly

17   rare occurrence, is that --

18       A    It is.

19       Q    Okay.  Do you know how many times you've heard

20   of a complaint of discrimination?

21       A    One a year.

22       Q    Okay.

23       A    I was a supervisor for 30 years, so figure 30,

24   25.

25       Q    Is an employee, if they feel like they're being

Douglas Peart
January 4, 2017

1  harassed, discriminated against, retaliated against, is

2  an employee supposed to raise those issues or concerns

3  with the company?

4      A    Absolutely.

5      Q    Do you feel that an employee should be free to

6  raise those concerns without being retaliated against?

7      A    Absolutely.

8      Q    In other words, let me ask you this:  If

9  Ms. Noel were repatriated because she raised concerns

10 about her working environment, that would be wrong?

11     A    I'm sorry.  Ask me again.

12     Q    Sure.  If the decision to repatriate Ms. Noel

13 was because she had raised concerns about her working

14 environment, that would be wrong?  Do you agree?

15     A    I would agree.

16     Q    Do you feel that that would --

17     A    Generally.

18     Q    Do you feel that that would violate Shell's

19 policy, antidiscrimination, anti-retaliation policy?

20     A    I could speculate, but, again, without -- if it

21 was a retaliation to -- against a complaint made, a

22 genuine complaint made for harassment, that would be

23 wrong I would think in Shell's policy.

24     Q    Do you understand that that's one of the things

25 that Ms. Noel is claiming is that she was -- she was

Douglas Peart
January 4, 2017

1  selected for repatriation because she had raised

2  concerns about her working environment?

3      A     No, I don't.

4      Q     If I were to ask you if that -- if that

5  allegation is true, in other words, if I were to ask you

6  if Ms. Noel had been repatriated because of the concerns

7  that she had raised about her working environment in

8  Nigeria, you can't comment one way or the other about

9  that because you didn't make the decision to repatriate;

10  is that fair?

11      A     That's true.

12      Q     Okay.  If I wanted to know whether that was

13  true, who do you think I should go to?  Who would I go

14  and ask?

15      A     You're going have to help me.  I'm sorry.  I

16  lost your train --

17      Q     If I wanted to know -- if I wanted to get to

18  the bottom of whether Ms. Noel was selected for

19  repatriation because of the concerns that she raised

20  about her working environment in Nigeria, who do you

21  think I ought to talk to about that?

22      A     I would have gone back to Jamie, HR, in HR.

23      Q     Jamie Allen?

24      A     Jamie Allen.  She's the one who brought it to

25  me, the repatriation, to begin with.

Douglas Peart
January 4, 2017

1      Q     Okay.  Ms. Allen would be the best person to

2    talk to about why Ms. Noel was selected for

3    repatriation?

4      A     I would think she was involved -- she was

5    involved in that, yes.

6      Q     Okay.

7      A     I imagine there was an HR person in Nigeria as

8    well.  I think that's right.

9      Q     Okay.  Who is Kelly Rogers?

10     A     I don't know.

11     Q     You don't know.  Okay.  Who is IB Udofia?  Do

12   you know who that is?

13     A     Someone in Nigeria would be my guess, but I

14   don't know.

15     Q     Okay.

16     A     I've heard the name IB before, but I don't

17   remember in what context.

18     Q     All right.  You recommended that Ms. Noel talk

19   to Alyssa Snider in human resources about the issues

20   that she raised with you, right?

21     A     Yes.

22     Q     Do you know what happened after Ms. Noel

23   contacted Ms. Snider?  Do you know what happened about

24   Ms. Noel's concerns that she raised with Ms. Snider?

25     A     No, I -- no.

Douglas Peart
January 4, 2017

44

1    Q    Do you know if Ms. Snider or anybody in human
2    resources investigated Ms. Noel's issues that she was
3    raising?
4    A    I don't know.
5    Q    Okay.  Did anybody from human resources talk to
6    you about Ms. Noel's --
7    A    No.
8    Q    -- allegations?
9    A    No.
10    Q    Do you know why that is?
11    A    No, I don't.
12    Q    Did you feel like you were going to have a hard
13    time finding a spot for Ms. Noel on your team?
14    A    I didn't have -- other than that one position,
15    there weren't any other positions open in my
16    organization that she'd have been a good fit for.
17    Q    Do you know why you were instructed to take
18    her, to take Ms. Noel?
19    A    Well, as I mentioned before, it was basically
20    poor performance, a number of conflicts, the conflicts
21    was becoming unbearable and disruptive and we need to
22    bring her back to the U.S.
23    Q    But why -- why into your team?
24    A    The explanation was that she was a subsea
25    engineer, some parented subsea, and you're the subsea

Douglas Peart
January 4, 2017

45

1   guy and so, therefore, she should come back into your

2   organization.

3       Q    You mentioned earlier that there was a

4   different -- I don't know if department is the right

5   word but a different department that you thought

6   Ms. Noel might be better suited for, and I think you

7   called it research?

8       A    Research and development, yes.

9       Q    Why did you believe that, that Ms. Noel would

10  have been a better fit for research and development?

11      A    Because they're the ones that hired her from

12  the -- I want to say the contracting community, but I

13  don't recall.

14      Q    I'm sorry?

15      A    From her prior position.

16      Q    Okay.

17      A    They were the hiring organization.  My

18  assumption was they had seen a fit of her skills to what

19  they do.  It made sense to me at the time.

20      Q    How did you learn that research and development

21  is the department that hired Ms. Noel?

22      A    I had a conversation I want to say with Luis

23  Cosme who was the global discipline head for subsea and

24  trying to understand a bit more from his perspective

25  were there other opportunities that might be a better

Douglas Peart
January 4, 2017

1    fit for her or had they talked to him about her coming

2    available and what maybe he could find for her to do

3    since typically the global skill -- that global skill

4    pool manager would play a role in some of those

5    decisions, and he kind of briefed me on the history.  I

6    knew she had been in IR&D because I had seen a

7    presentation she had done as part of IR&D on subsea

8    artificial lift at Woodcreek at one point.

9         Q    I'm sorry.  What was that gentleman's name,

10   Luis?

11        A    Cosme.

12        Q    Cosme?

13        A    Yeah.

14        Q    How did you come to have that conversation with

15   Mr. Cosme?

16        A    I want to say I called him on the phone or sent

17   him an e-mail.  I don't recall specifically, but Luis

18   had worked in my organization for a period of time.  We

19   had a good relationship.  I thought he might should be

20   in the loop of those conversations.

21        Q    And when you say "the loop," you're talking

22   about after you had heard that you had been instructed

23   to take Ms. Noel?

24        A    Yes, uh-huh.

25        Q    And what did Mr. Cosme say?  Do you recall what

Douglas Peart
January 4, 2017

47

1    he said?

2        A    He told me that he had been -- had had a

3    conversation with Cornelia back when she was with

4    research and development around her development, next

5    best opportunities and had recommended to her that she

6    take a position, this position she was in in Nigeria as

7    a broadening assignment, a way to kind of move into

8    new -- a little bit different area of the business.

9        Q    What about after Ms. Noel was being

10   repatriated, what did Mr. Cosme say about finding a

11   position for her at that time?  Do you recall?

12       A    I don't recall specifically, but given the

13   outcome, generally I would say he didn't have any other

14   places for her to go at the time.

15       Q    When you say based on the outcome, what do you

16   mean by that?

17       A    Meaning that she ended up in my organization,

18   so if there would have been a -- if he'd have mentioned

19   and had a better fit for her within projects and

20   technology, we'd have offered that up as an alternative

21   for her.

22       Q    Well, you don't know what other positions were

23   looked at; all you know from your perspective is you had

24   been instructed to take Ms. Noel?

25       A    That's correct.

Douglas Peart
January 4, 2017

1    Q    Okay.

2              MS. MOXLEY:  We've been going about an

3    hour.  Can we take a quick break?

4              MR. AHMAD:  Absolutely.

5              (Recess from 3:30 p.m. to 3:41 p.m.)

6    Q    (By Mr. Ahmad)  All right.  Mr. Peart, are you

7    ready to proceed?

8    A    Yes, sir.

9    Q    Do you recall Ms. Noel applying for a delivery

10   manager position?

11   A    Yes, I do.

12   Q    Do you know why she did not receive that

13   position?

14   A    There was a better candidate.

15   Q    And how do you know that's the reason?

16   A    Because it was my position for Gouri's

17   replacement when he transferred to India, delivery

18   manager major projects.

19   Q    Okay.  And so were you the decision maker with

20   respect to that position or part of a panel?

21   A    I was part of a panel.

22   Q    Okay.  And who else was on the panel?

23   A    HR would have been on the panel and Gouri, I

24   believe, but I don't remember exactly.  I'd have to look

25   at the posting.

Douglas Peart
January 4, 2017

49

1     Q     Okay.

2     A     And then outside of that, my boss would have

3     been informed before we would have made a delivery

4     manager selection since there was broader strategic

5     implications of the choice.

6     Q     Is it fair to say that Ms. Noel was

7     disappointed that she was not selected?

8     A     Yes.

9     Q     Did you have a discussion with her about that?

10    A     I did.

11    Q     Tell me about that discussion.

12    A     She asked as to why she wasn't selected as many

13    do when they're not selected.  I provided some feedback

14    to her including the fact that there was a candidate

15    that was at the job group of the position itself.  So

16    the position was a 1, posted as a 1 position.  She was a

17    2, and it would have required a progression or a

18    promotion.  So it -- that individual, Sue Moore, was

19    capable, qualified, had the right potential, future

20    potential to give her that broadening assignment in the

21    hopes of developing another Shell leader.

22    Q     And how did -- how did Ms. Noel take the

23    feedback that you gave her?  Do you recall?

24    A     I do because that was one of the documents I

25    believe I looked at yesterday.  She responded to me

Douglas Peart
January 4, 2017

50

```
 1  with -- again, which is -- I'd have to say generally, I
 2  mean, it was the typical response which is -- because,
 3  as you might imagine, there were numbers of individuals
 4  that apply to those positions.  Some contact me ahead
 5  of, some contact me after the fact for feedback.  This
 6  came not in a gross, you know, general understanding of
 7  the rationale but in a list of very specific points
 8  requesting specific details on each point and that was a
 9  bit atypical for me since most of the individuals come
10  to me they ask for feedback, they ask for things that
11  they can do, they listen to the things that I suggest to
12  them, they take that on and go back to and try to work
13  on those things, but this wasn't that.  This was more of
14  a challenge of the specific items that I tried to offer,
15  suggestions.
16              (Exhibit 2 marked)
17      Q    (By Mr. Ahmad)  All right.  Mr. Peart --
18      A    Yes, sir.
19      Q    -- you've been handed Exhibit 2 to your
20  deposition, and this appears to be an e-mail chain
21  starting with an e-mail from Gouri to yourself?
22      A    To Alyssa or before that?  Yeah, to Alyssa.
23      Q    Yeah, before that.
24      A    Oh, before that.
25      Q    Yeah.  There seems to be an e-mail December 19,
```

Raska Reporting
(832) 998-0015

Douglas Peart
January 4, 2017

51

1   4:04 p.m., from Gouri to you.  It starts "Doug."  Do you

2   see that?  "This is what I plan to enter into Cornelia's

3   performance summary."

4       A    Oh, okay.  Yeah, I see it now.

5       Q    Okay.  And then I can't tell from this document

6   whether Ms. Snider was a CC on that original e-mail or

7   it was forwarded to her but, in any event, Ms. Snider

8   then adds a comment in the middle and then Gouri

9   responds to both Alyssa Snider and yourself at the top,

10  right?

11      A    Yes, I see that.

12      Q    Did you have any input for Gouri after his

13  e-mail of December 19?

14      A    Let me -- let me read it --

15      Q    Sure.

16      A    -- because I don't recall this one.  See if it

17  jogs anything.

18      Q    Okay.

19      A    I don't know if I did, but as I read it now

20  there's nothing specific that would have in my mind

21  jumped out that needed addition, embellishment, more

22  comment.

23      Q    Okay.

24                  (Exhibit 3 marked)

25      Q    (By Mr. Ahmad)  All right.  Mr. Peart, that is

Douglas Peart
January 4, 2017

```
 1    Exhibit 3 to your deposition.

 2        A    Okay.

 3        Q    Do you recognize that document?

 4        A    Not explicitly.

 5        Q    Okay.  It's an e-mail from Gouri to Alyssa

 6    Snider --

 7        A    Right.

 8        Q    -- CC'ing you?

 9        A    Right.

10        Q    Okay.  Right in the middle of the page or just

11    under the middle of the page, there is a second

12    blackened out bullet point, "We do not have work for

13    Cornelia in her line of specialty (hardware) that is of

14    JG2 level."  Did I read that correctly?  Do you see

15    where I'm reading?

16        A    Oh, down below.  "We do not have work in her

17    line of specialty (hardware) that is of JG2 level."

18    Yes.

19        Q    Okay.  What does that mean, "JG2 level"?

20        A    That's the Job Group 2 that we were talking

21    about earlier.

22        Q    Okay.  And is that a true statement at the time

23    in November of 2014 that y'all did not have work for

24    Ms. Noel in her line of specialty?

25        A    Not in hardware.  As I said before, we had a
```

Raska Reporting
(832) 998-0015

Douglas Peart
January 4, 2017

53

1    position that was close in job group --

2        Q    Okay.

3        A    -- and seemed to be as good a fit as we had at

4    the time, yes.

5        Q    Okay.  So you tried to make it work?

6        A    Tried to make it work, yes, sir.

7        Q    And so back to my question.  Is that a true

8    statement what Gouri is saying there that y'all did not

9    have work for Ms. Noel in her line of specialty,

10   hardware?

11       A    We had several Job Group 2s in hardware at the

12   time.  Yes, we --

13       Q    Okay.

14       A    The answer is, no, we didn't have --

15       Q    Okay.

16       A    -- a need.

17       Q    So that's a true statement?

18       A    As best I can remember, that is a true

19   statement.

20       Q    Okay.

21       A    It would make sense.

22       Q    All right.  But you already had that same

23   thought when you were instructed to take Ms. Noel,

24   right?

25       A    Yes.

Douglas Peart
January 4, 2017

54

```
 1        Q     Where am I going to put her, right?

 2        A     Yes.

 3        Q     Okay.  Do you know why Gouri is telling Alyssa

 4   Snider and yourself that y'all do not have work for

 5   Ms. Noel in her line of specialty?

 6        A     I do -- oops.

 7        Q     I'm sorry.

 8        A     You go ahead.

 9        Q     Thanks.  Okay.  Do you know why Gouri is

10   telling Ms. Snider and yourself that y'all do not have

11   work for Ms. Noel in her line of specialty?

12        A     No, I don't know specifically.

13        Q     Okay.  We talked earlier about the decision to

14   eliminate Ms. Noel's job position.  That was not your

15   decision; is that right?  That was not your

16   recommendation?  That came from somebody else?

17        A     That's -- I was in a joint conversation with

18   Gouri and myself --

19        Q     Okay.

20        A     -- so I supported whatever it was.

21        Q     Okay.

22        A     So I was, therefore, I guess part of the

23   recommendation --

24        Q     Got you.

25        A     -- that we move down this path, yes.
```

Douglas Peart
January 4, 2017

1    Q    And so you did not object to Gouri's

2  recommendation?

3    A    Oh, no.  No, I did not.

4    Q    Okay.

5    A    You know at that time I would say one more

6  thing.

7    Q    Sure.

8    A    You mentioned Gouri and I remember having

9  conversations with Gouri about the position but at time

10  the actual decision was made I don't recall if Gouri had

11  left by then and Sue was there and we had more

12  conversations with Sue.  I may have given her an

13  opportunity to assess it as an independent view as well.

14  So I don't want to say with too much knowledge that it

15  was actually Gouri that made that recommendation, but in

16  that combination of Gouri, Sue myself --

17    Q    Okay.

18    A    -- is where it came from.

19         (Exhibit 4 marked)

20    Q    (By Mr. Ahmad)  All right.  Mr. Peart, that is

21  Exhibit 4 to your deposition.  Do you recognize that

22  document?

23    A    You'll have to give me a chance to read it, if

24  you don't mind.

25    Q    Sure, sure.  Take your time.

Douglas Peart
January 4, 2017

1    A   Okay.

2    Q   All right.  What is Exhibit 4?

3    A   Pardon me?

4    Q   What is Exhibit 4?

5    A   It looks as if she and I had a conversation

6 about why she didn't -- wasn't selected for the delivery

7 manager position to which I would have given her some

8 feedback.  Her note seems, again, which was a normal

9 response, was a rebuttal to a couple specific issues,

10 and what I tried to do in my note here was bring her

11 back to the bigger level issue trying to offer her some

12 guidance in terms of where she could improve, better

13 position herself for roles of this type.  Again, around

14 disagreements and things that SNEPCo said and didn't

15 say, I didn't have firsthand knowledge of that, so that

16 was the reference to Alyssa, again, encouraging her to

17 get with HR to talk through the SNEPCo piece of it

18 because I didn't feel I was going to be very helpful in

19 that regard.

20    Q   What is SNEPCo?

21    A   A Shell Nigeria E&P Company.

22    Q   Okay.

23    A   It's the deepwater branch of Shell Nigeria.

24    Q   Okay.  So Ms. Noel is referencing a

25 conversation that you had with her, correct?

Douglas Peart
January 4, 2017

57

1      A     Yes.

2      Q     All right.

3      A     Appears to be, yes.

4      Q     And it appears that y'all discussed that

5    performance issues as reported by SNEPCo are having an

6    impact in Ms. Noel's chances of finding another

7    position; is that fair?

8      A     That's what she says, yes.

9      Q     Okay.  And that's consistent with your

10   understanding?  I mean, if somebody is applying for a

11   position to try and get another position at Shell, one

12   of the things the person -- the hiring person is going

13   to look at is the performance history; would you agree?

14     A     There but I -- I remember a bit of the

15   conversation only because there was a general feeling on

16   my part that she was trying to position me down to

17   something to do with everything SNEPCo was involved and

18   I tried to bring her back to and since you've been here

19   you haven't really done anything with this position.

20   The feedback is consistent with that.  Now, whether

21   that's right or wrong, I don't know.  So it's not -- you

22   know to say it's just a SNEPCo issue would be a little

23   bit too narrow in my mind.

24            MR. AHMAD:  Okay.  I'm going to object as

25   nonresponsive.

Douglas Peart
January 4, 2017

1      Q      (By Mr. Ahmad)  I understand what you're

2   saying.  I think my question is a little different.

3      A      Okay.

4      Q      Admittedly it was kind of a long-winded

5   question.

6               But it is true, isn't it, that when an

7   employee is looking for a position via the OR -- what

8   does OR stand for again?

9      A      Open resource.

10      Q      Open resource.

11              -- via the open resource system that one

12   of the things that a hiring manager is going to look at

13   is the performance history; is that fair?

14      A      That's correct.

15      Q      Okay.

16      A      In terms of IPFs, yes.

17      Q      Okay.

18      A      Yes.

19      Q      And y'all discussed that in some form during

20   your discussion, right?

21      A      Apparently.

22      Q      Okay.  Well, do you -- do you recall that?

23      A      I don't recall specific to this conversation

24   but --

25      Q      Okay.  But --

Douglas Peart
January 4, 2017

1      A     -- it was related -- I think if I read my

2   response above, it's related to the totality of the

3   evidence of performance, accomplishments, behaviors and

4   as it relates to being a good candidate for a

5   position -- fairly substantive position within Shell to

6   lead a number of technical and project management people

7   with a heavy emphasis on leadership.

8      Q     Sure.  One of the things that y'all discussed,

9   it appears, based on Ms. Noel's e-mail and your

10  response, you state in the --

11     A     Yes.

12     Q     -- in your response, the second full paragraph,

13  that you suggest that Ms. Noel chat with Alyssa Snider,

14  right?

15     A     Yes.

16     Q     Okay.  Regarding the specifics of her

17  perspective, correct?

18     A     Yes.

19     Q     The performance ratings were -- were

20  misrepresented by a series of supervisors --

21     A     Supervisors, right.

22     Q     -- and inconsistent with the true facts, right?

23     A     Uh-huh.

24     Q     That was -- it's fair to say that was

25  Ms. Noel -- one of Ms. Noel's primary concerns is that

Douglas Peart
January 4, 2017

1    they were misrepresenting what Ms. Noel's true

2    performance was due to their biases, right?

3        A    Okay.  Yes.

4        Q    Okay.  And so you say, hey, I'm not really the

5    right person to handle that; you need to talk to human

6    resources, right?

7        A    Yes.

8        Q    Okay.  If Ms. Noel were correct that that had

9    been going on, that the performance ratings and the IPF

10   did not truly reflect Ms. Noel's performance, that is a

11   concern, right?

12       A    It would have been a concern, yes.

13       Q    Okay.  Because you shouldn't rate somebody

14   lower on performance due to some impermissible factor

15   such as gender or whether they've complained of

16   discrimination.  Would you agree with that?

17       A    That's correct.

18       Q    Okay.  And Ms. Noel felt that that's what was

19   going on, right?

20       A    Yes.

21       Q    Okay.  And you mentioned earlier something

22   about since she had been repatriated, her conduct, you

23   didn't -- you were not in the position to personally

24   observe Ms. Noel and her conduct in that role?  That

25   would have been -- that would have fallen on Gouri?

Douglas Peart
January 4, 2017

1      A     Gouri.  But I did, not from a technical or

2   delivery perspective in that role, but I had had these

3   series or at least several conversations about getting

4   feedback, here's my position, this is what they're

5   telling me.  So this -- what I try to capture here in

6   this first paragraph is my assessment given the

7   conversations that I have had in some ways which is

8   these are leadership roles.  These are serious

9   positions.  We had an individual that was already

10  qualified and at the right job group to take that

11  position that had been identified as a potential future

12  leader in Shell, that if you could focus on things about

13  listening and actually taking in feedback and saying

14  thanks for the feedback and then working with your

15  supervisor to try to help drive that improvement and

16  demonstrate the leadership skills -- now, my exposure

17  was limited to the engagements that we had, but,

18  nonetheless, it was stark in my mind enough to give me

19  pause as to are there really good leadership skills here

20  that would be a fit for a position of that magnitude.

21     Q     Wasn't that based on Ms. Noel's ongoing

22  concerns that she's not being evaluated fairly in the

23  workplace?  Ms. Noel did have those ongoing concerns,

24  right?

25     A     That's correct.

Douglas Peart
January 4, 2017

1      Q    And she made it known?

2      A    That's correct.

3      Q    Now, with respect to the role that Ms. Noel was

4   placed in, given the fact that it was sort of just a

5   trying to find a place for her, forcing her into, you

6   know, that kind of a fit and then ultimately the role

7   going away because there just -- there wasn't a lot of

8   work to do; is that right?

9      A    It was beginning to consolidate, yes.

10     Q    Right.  Given that environment or that

11  situation, it was going to be difficult for Ms. Noel to

12  succeed in that particular role, would you agree,

13  looking back on it?

14     A    No, I don't agree.

15     Q    How can Ms. Noel have succeeded in a role that

16  was going away?

17     A    The role --

18          MS. MOXLEY:  Objection.  Assumes facts,

19  mischaracterizes the witness' testimony.

20     A    The role wasn't going away, not when she first

21  took it.  In fact, the --

22     Q    (By Mr. Ahmad)  Well, when did she first take

23  it?

24     A    When she came into the organization.

25     Q    When was that?

Douglas Peart
January 4, 2017

63

1       A    When was it?

2       Q    Yeah.

3       A    Whenever her transfer date was.  I don't recall

4    what the transfer date was.  I'm sorry.

5       Q    Okay.  Well --

6       A     It was July -- I think I read it in here.

7    Wasn't it July 1st-ish or so so there's six months of

8    history there to do something with the role and she

9    didn't do it.  It didn't -- at least it wasn't feeling

10   like it was making progress and that was the feedback

11   that we were getting, yes.

12      Q    So you don't fault Ms. Noel for that, do you?

13      A    As a Job Group 2 in the role, without knowledge

14   of any other circumstances, I would have expected a Job

15   Group 2 to do more with that role.  I would have

16   expected that, yes.

17      Q    Well, when Ms. Noel was pulled from the role,

18   you didn't get anybody else to fill those duties, did

19   you?

20      A    No.

21      Q    Okay.  So it's not like you pulled Ms. Noel

22   because she wasn't doing the job and you found somebody

23   else and say, hey, you can do it and somebody else went

24   in there and did a better job, right?

25      A    No.

Douglas Peart
January 4, 2017

64

1    Q    Okay.  And you had concerns all along that this
2  might not even be the right fit for her.  So why -- let
3  me ask you this.  Let me just throw that out.
4    A    Okay.
5    Q    What would you have expected Ms. Noel to do
6  specifically?  I've heard things like, you know, do more
7  with the role.  What specifically did you expect
8  Ms. Noel to be able to do, or would that be a question
9  for somebody else?
10    A    I mean, I had my own views of what that role
11  could become.  That might be to go out into the
12  organization and identify all of the work that we were
13  doing for various customers, to organize that, to begin
14  to establish key contacts within those various
15  organizations for that work, to build some mechanism to
16  monitor the work against the approved budget.  I would
17  have expected some visits potentially to build some
18  relationships or at least acknowledge where the focus
19  was going to come from and establish a process for the
20  work flow to come into our organization.
21    Q    Did you ever talk to Ms. Noel about that?  Did
22  you ever give her that specific feedback that you just
23  gave me?
24    A    In the -- again, I don't remember the specifics
25  of every conversation, but I would have not to that --

Douglas Peart
January 4, 2017

1    probably not to that level of specificity perhaps.  I

2    would have expected the supervisor to do that and --

3        Q    Gouri?

4        A    Gouri.  And we typically would have

5    conversations about how we might get at some piece of

6    work, yes.

7        Q    One of Ms. Noel's issues, concerns that she

8    raised with you is the lack of specific feedback in that

9    role, true?  She came to you and told you that Gouri is

10   not giving her any kind of specific feedback, that kind

11   of specific feedback?

12       A    Yes.

13       Q    Okay.  Did you have a conversation with Gouri

14   about that?

15       A    I did.

16       Q    What was his response?

17       A    He told me basically -- and I'm going to have

18   to paraphrase because, again, I don't remember

19   specifics -- but when the -- when I approached Gouri to,

20   hey, are we sure we're getting -- Cornelia doesn't feel

21   like she's getting appropriate specific feedback on what

22   to do to approve, Gouri would assure me and offer

23   examples of the feedback.  His issue then tended to be

24   more that, again, there was a defensiveness, a

25   resistance to any of the specific feedback.  It was

Douglas Peart
January 4, 2017

66

```
 1   always these other people's fault that didn't enable her
 2   to do the things that he had asked her to do.  So as to
 3   whether that conversation happened or not, I can't -- I
 4   wasn't privy to that conversation, but that was what he
 5   told me.
 6        Q    Did you ever sit down with Ms. Noel and Gouri
 7   at the same time?
 8        A    Yes, we did.
 9        Q    When was that?
10        A    I don't remember.  Somewhere in this time frame
11   that Gouri was with us --
12        Q    Were you able to --
13        A    -- I think.
14        Q    -- resolve that level of miscommunication that
15   was going on?
16        A    No.
17        Q    Why not?
18        A    I don't remember the conversation specifically.
19        Q    So you know you had a meeting; you just don't
20   recall what was said?
21        A    I don't -- I don't even remember -- I'd have to
22   assume we had a meeting.  I don't know that for a fact.
23   I can't point to --
24        Q    Oh.
25        A    -- something specific.
```

Douglas Peart
January 4, 2017

1      Q    Okay.  So you might have had a meeting, you

2  might not have?

3      A    Right.

4      Q    Okay.  We talked earlier about if an employee

5  feels like he or she is being mistreated, discriminated

6  against, retaliated against they have an obligation to

7  bring that to the company's attention.  Do you recall

8  that, sir?

9      A    Yes.

10     Q    Okay.  How about if an employee or a manager

11  observes what they believe is discrimination and/or

12  retaliation against another employee, should the

13  manager -- if they see that going on should that manager

14  raise that with the company?

15     A    There should be an intervention, yes.

16     Q    Okay.  Did you ever report to the company that

17  you felt there was some improper conduct going on with

18  respect to the treatment of Ms. Noel?

19     A    No.

20     Q    Why not?

21     A    I didn't believe there was any or I wasn't

22  aware of any or I would have, yes.

23     Q    Well, we talked earlier, sir.  It was unusual

24  for you to receive an instruction that you are going to

25  take Ms. Noel and just make her fit somewhere on your

Douglas Peart
January 4, 2017

68

1    team?  That was unusual, right?

2         A    Yes.

3         Q    And didn't -- I mean, it just -- it doesn't

4    strike you as fair to Ms. Noel; would you agree?

5              MS. MOXLEY:  Objection.  Argumentative.

6         A    Can you rephrase?

7         Q    (By Mr. Ahmad)  Yeah.  You're being told --

8         A    I lost my train of thought.

9         Q    You're being instructed --

10        A    Right.

11        Q    -- to just take Ms. Noel and just find a spot

12   for her in your organization --

13        A    Yes.

14        Q    -- whether it's a good fit or not?

15        A    Yes.

16        Q    That doesn't seem to be treating Ms. Noel

17   fairly and giving her an opportunity to succeed, does

18   it, sir?

19             MS. MOXLEY:  Objection.  Argumentative.

20        A    That's speculative.  It depends on what

21   position, where.  I don't --

22        Q    (By Mr. Ahmad)  No, it's not speculative.  I

23   mean, you were there.

24        A    At least --

25        Q    You were in the trenches.  You received the

Douglas Peart
January 4, 2017

69

```
 1    instruction.
 2        A    Right.
 3        Q    You knew Ms. Noel's skillset.  You knew what
 4    you had available.
 5        A    Uh-huh.
 6        Q    This wasn't giving Ms. Noel -- that situation
 7    was not giving Ms. Noel a real opportunity to succeed,
 8    right?
 9        A    That's a view.  I don't -- it could have
10    succeeded, I think.
11        Q    Even though the work was going away?
12             MS. MOXLEY:  Objection.
13    Mischaracterization of the witness' testimony.
14        A    The work wasn't going away.  At the time there
15    was a challenge to create something, a position with
16    really -- and I've described already what I would
17    expected it to be.
18        Q    (By Mr. Ahmad)  Well, let me ask you this, sir:
19    Ms. Allen, Jamie Allen, she told you that Ms. Noel was
20    being repatriated because of concerns that she had
21    raised about her work environment, right, sir?
22             MS. MOXLEY:  Objection.  Mischaracterizes
23    the witness' testimony and assumes facts.
24        A    No.
25        Q    (By Mr. Ahmad)  That never happened?
```

Douglas Peart
January 4, 2017

70

1      A     No.

2      Q     If Ms. Allen had told you that, had said, look,

3   Mr. Peart, Ms. Noel has raised some concerns about her

4   working environment and, therefore, we have to

5   repatriate her, what would you have done?

6              MS. MOXLEY:   Objection.   Asked and

7   answered.

8      A     I would have raised it to -- if the premise

9   that you just stated was I had firsthand knowledge that

10  that was the reason so she came to me and said she had

11  raised these complaints and that was the response was to

12  send her back to me in my organization, I'd have raised

13  that to my boss, and we would have had a bigger

14  conversation with HR.   That's the process.

15     Q     (By Mr. Ahmad)  Because that's the right thing

16  to do?

17     A     Yes.

18     Q     What do you think HR would have done?   Do you

19  have any idea?

20     A     I don't know.   I just -- I mean, typically they

21  would investigate and based on findings take whatever

22  action was appropriate.

23     Q     All right.   The job that you found for Ms. Noel

24  on your team, did it have a job description?

25     A     It would have had a job description, yes.

Douglas Peart
January 4, 2017

```
1        Q     Okay.  Do you know who prepared that job
2    description?
3        A     I don't know for sure.  I would have guessed,
4    though, typically the delivery manager would have
5    prepared the job description for the role, but I don't
6    know.
7        Q     That would have been Gouri at the time?
8        A     As far as I know, but I do not know.  I don't
9    know whether he did it or not.  I don't know.  I don't
10   remember how it was actually prepared.
11       Q     When Ms. Noel came back to the United States --
12       A     Uh-huh.
13       Q     -- why did -- well, let me just ask you:  Did
14   have you a meeting with Ms. Noel about what the job
15   entailed and what her role was going to be, or did you
16   leave that to Gouri?
17       A     No, we -- that's what we had mentioned before.
18   I did have a sit down.  We did talk.
19       Q     And when you say you mentioned that before, are
20   you talking about earlier in your deposition?
21       A     I think so, yes --
22       Q     Okay.
23       A     -- if I'm not mistaken.
24       Q     And that would have been at the time that
25   Ms. Noel was repatriated sometime in the summer of 2014
```

Douglas Peart
January 4, 2017

72

1    as best you can recall?

2        A    As best I can recall.

3        Q    Setting aside when in the calendar year it was,

4    it would have been when Ms. Noel came back to the

5    United States?  You would have had a sit down with her

6    at that time; is that fair?

7        A    Typically I would have.

8        Q    Okay.

9        A    As to whether she and I sat down specifically

10   to talk about that or I left that with Gouri or it was a

11   brief conversation, I don't remember the structure.

12       Q    And I'm sorry.  I may have asked you this

13   earlier but --

14       A    That's okay.

15       Q    -- were you aware that there was a request, a

16   specific request to terminate Ms. Noel based on job

17   performance?

18       A    At any time, or is there a time frame?

19       Q    Sure.  After Ms. Noel was repatriated to your

20   team.

21           MS. MOXLEY:  Objection.  Vague.

22       Q    (By Mr. Ahmad)  Are you aware of a specific

23   request that was made to terminate Ms. Noel's

24   employment?

25       A    No.

Douglas Peart
January 4, 2017

73

1      Q    Okay.  Do you know if human resources
2  recommended that Ms. Noel be terminated?
3      A    I do not know.
4      Q    Okay.  All right.  Take a look -- I'm going to
5  show you a document that's been marked Snider Exhibit
6  No. 1.  Take a look at that for me, sir.
7      A    Okay.
8      Q    Do you recall that document, sir?
9      A    Not in the day, no.
10      Q    Okay.  Exhibit 1 to Ms. Snider's deposition is
11  an e-mail that contains a document that we've already
12  discussed you providing feedback to Ms. Noel, right?
13      A    Yes.
14      Q    But this has Ms. Noel's response to your
15  comments, right, sir?
16      A    Right.
17      Q    Okay.
18      A    Yes, that's right.
19      Q    And Ms. Noel is explaining that she's not
20  getting specific examples, right?
21      A    Yes.
22      Q    And in the second section, "Performance,"
23  Ms. Noel has stated that she intends to request a review
24  of her -- basically her IPF score, right?
25      A    Yes.

Douglas Peart
January 4, 2017

1    Q    Okay.  Do you fault Ms. Noel for -- for wanting

2  to get a review of her IPF score?

3    A    No.

4    Q    Okay.  What did you think when you received

5  this from Ms. Noel?

6    A    Hard to say because I don't remember a lot

7  about it.  I don't remember.

8    Q    You respond to Ms. Noel telling her that --

9  you're suggesting to her that she discuss opportunities

10  with Sue?

11    A    Yes.

12    Q    And that's Susan Moore?

13    A    Sue Moore, yes.

14    Q    And why did you suggest that?

15    A    Again, I don't remember the details, but when I

16  read it all what I recall was it was hard for me to give

17  a lot of real specific things because she didn't work

18  directly for me.  Again, I tried to address it at the

19  level I would typically address these things in this

20  first note so a bit more of the higher level perspective

21  on it.  I saw Sue as an outstanding performer with a

22  long history of outstanding performance, demonstrated

23  leadership.  She was female.  I thought if there was --

24  there might be actually a good opportunity for Cornelia

25  to test some of these specific things with the

 1   supervisor in this instance as to how -- how these

 2   leadership skills, how do you -- what do they look like,

 3   how do you get them or what are those to be

 4   demonstrated.  So without going -- you know, again, with

 5   the numbers of people that I had with the level of work

 6   that was ongoing, it's hard to continue to take a lot

 7   of -- you know, multiple conversations around details

 8   when I've about exhausted kind of what I really could

 9   tell her other than what I tried to capture in this

10   paragraph before.

11        Q    Is it fair to say that at that point you were

12   tired of dealing with the issues that Ms. Noel was

13   raising?

14             MS. MOXLEY:  Objection.  Argumentative and

15   mischaracterizes the witness' testimony.

16        A    Tired, I don't think that would be the right

17   word.

18        Q    (By Mr. Ahmad)  How would you put it, sir?

19        A    For me, again, it's how to manage your whole

20   time relative to the other folks that needed my time as

21   well.  I felt like I had laid out in a broad sense where

22   some of the opportunities for improvement were that

23   might enable her to have a better opportu -- a chance at

24   a leadership role.  I would have expected the

25   supervisors to do more one-to-one coaching on details

Douglas Peart
January 4, 2017

1  connecting in actual job performance to those -- those

2  traits.

3      Q    You respond to Ms. Noel February 10th, right?

4      A    Yes.

5      Q    The same day that she e-mailed you.  At this

6  point in time you knew that Ms. Noel's role was being

7  eliminated; is that fair?

8      A    That, I don't remember at all.

9      Q    Okay.  So you might have known, you might not

10 have known?

11     A    Right.

12     Q    Okay.  Take a look at -- do you recall when you

13 told Ms. Noel that her job was going away?

14     A    I don't remember the time frame, no --

15     Q    Okay.

16     A    -- but I -- unless I'm mistaken, I believe it

17 was -- it was after this.

18     Q    Okay.  I'm going to show you another document.

19 I'm going to take that one back.

20     A    Oh, this one.  Okay.

21     Q    This is what's marked as Snider Deposition

22 Exhibit No. 5.  Take a look at that.  That is some

23 e-mail correspondence in which Ms. Snider is coming up

24 with the talking points for your meeting with Ms. Noel

25 to tell her that her job has gone away, right?

Douglas Peart
January 4, 2017

```
 1      A    Yes.

 2      Q    Okay.  And that is taking place -- that

 3   correspondence is taking place on February 11th?

 4      A    Yes.

 5      Q    Okay.  So it's fair to say that as of

 6   February 10th you already knew that the job was going

 7   away, right?

 8      A    This -- yeah, this would have been prompted by

 9   me.

10      Q    Right.

11      A    Right, yes.

12      Q    And so that didn't happen just in --

13      A    No.

14      Q    -- the course of one day?

15      A    No.

16      Q    Okay.  And so just to be clear, when you

17   respond to Ms. Noel on February 10th --

18      A    Yes.

19      Q    -- you knew that her job was going away; you

20   just hadn't communicated that to her yet, right?

21      A    I don't think it happened in two days, but I

22   don't recall but --

23      Q    Right.

24      A    -- I don't think so.

25      Q    In fact, the --
```

Douglas Peart
January 4, 2017

1       A    Or one day.

2       Q    -- Snider Exhibit No. 5 is preparing the

3   talking points for the meeting with Ms. Noel, right?

4       A    Yes.

5       Q    Okay.  And so that would have occurred sometime

6   after February 11th, right?

7       A    Yes.

8       Q    Okay.  Okay.  And taking a look at Snider

9   Exhibit No. 1, the e-mail that Ms. Noel writes to you,

10  that's from her to you February 10th at 1:47 p.m.,

11  correct?

12      A    February 10th, yes.

13      Q    All right.  And then your response to Ms. Noel

14  is just over an hour later, but you CC Sue Moore, right?

15      A    Yes.

16      Q    And you also CC Alyssa Snider, right?

17      A    Yes.

18      Q    Why did you do that?

19      A    This one, again, it was more -- it -- there was

20  a bit of a pattern of the sense of not -- not getting

21  her point across to others, that others just didn't see,

22  you know, what she was capable of.  This would have been

23  one as, too, I think she mentioned a couple of things in

24  here that again SNEPCo and things like that that I felt

25  like I had been -- that Alyssa ought to know about

Douglas Peart
January 4, 2017

1    because I've actually now referred Cornelia to Alyssa at

2    least twice I think here, so I want to make sure that

3    there's a cohesive view by the people involved and

4    around this -- this work.  I would have -- yeah, I would

5    have included her in that.

6        Q    Did you have the sense that whatever Ms. Noel's

7    issues were relating to the performance feedback and

8    SNEPCo, did you have the sense that Ms. Noel really

9    ought to just put that behind her and focus on going

10   forward?

11       A    As to whether or not she would put it behind

12   her, I don't know that I felt she ought to put it behind

13   her.  Again, knowing the small piece that I knew, I

14   likely felt that she ought to try to learn from that and

15   try to move on and, yeah, take this opportunity and make

16   something of it.

17       Q    So take the -- take the past and move on from

18   it and try to use it as an opportunity to improve?

19       A    That was kind of general guidance I would give

20   folks.

21       Q    You tell -- or sorry.  You suggest to Ms. Noel

22   to talk to Sue Moore.  That was your response to

23   Ms. Noel, right?

24       A    Yes.

25       Q    3:04 p.m., right?

Douglas Peart
January 4, 2017

1     A     Yes.

2     Q     Okay.  Before responding to Ms. Noel, you

3  actually forwarded the e-mail chain to Ms. Snider.  Do

4  you recall that?

5     A     No, I don't recall it but --

6     Q     All right.  This is --

7     A     -- if you have something.

8     Q     Yes, Snider Exhibit No. 14.

9     A     Okay.

10    Q     And so just a few minutes before you actually

11 respond to Ms. Noel, you forward the e-mail chain to

12 Ms. Snider --

13    A     Uh-huh.

14    Q     -- with the a message, "Please hurry" --

15    A     Yes.

16    Q     -- "Help me."

17    A     Yes.

18    Q     What are you referring to there, sir?

19    A     What I was looking for, again, is some

20 conversation and ideas, advice on how to be helpful as

21 it related to some of these accusations, requests.  The

22 one-to-one meeting, something relative to best and worse

23 performers, that likely wouldn't have happened with me.

24 So, again, it was, Alyssa, I need -- I need your help

25 here to crystallize what -- what we're going to do.

Douglas Peart
January 4, 2017

1              MR. AHMAD:  Okay.  I'm going to object as

2     nonresponsive.

3          Q    (By Mr. Ahmad)  Sir, you asked Ms. Snider to

4     "hurry."

5          A    Hurry.

6          Q    Hurry and do what?

7          A    Hurry and get back with me with thoughts,

8     ideas.  I don't know.  I really don't remember the --

9          Q    Okay.  But you do know that at this time you

10    were waiting on HR to give you the go-ahead and give you

11    the suggestive language for telling Ms. Noel that her

12    position was being eliminated, right?

13         A    That's true, yes.

14         Q    Okay.  In fact, the day after you tell

15    Ms. Snider to "Please hurry" is when Ms. Snider

16    circulates proposed language for the meeting with

17    Ms. Noel, right?

18         A    Yes.

19         Q    And so it's fair to say that Ms. Snider's

20    e-mail in which she's put together some proposed

21    language to tell Ms. Noel where she circulates that on

22    February 11th, it's fair to say that that was prompted

23    by your e-mail to her on February 10th; is that fair?

24              MS. MOXLEY:  Objection.  Assumes facts.

25         Q    (By Mr. Ahmad)  Is that fair?

Douglas Peart
January 4, 2017

82

```
 1      A     Sorry.  You're going to have to say it again.
 2    I was trying --
 3      Q     Sure.
 4      A     -- to recall --
 5      Q     Yeah, let me just --
 6      A     -- while you were talking.
 7      Q     Yeah.  You may actually still have it in front
 8    of you.
 9      A     Oh.
10      Q     It's Snider Exhibit No. 5.  Yes, this one.
11      A     This one?
12      Q     Yeah.
13      A     Yes.
14      Q     Ms. Snider circulates language --
15      A     Yes.
16      Q     -- for the meeting, proposed language for the
17    meeting with Ms. Noel telling her that her job was
18    eliminated.
19      A     Uh-huh.
20      Q     She circulates that on February the 11th,
21    right?
22      A     Uh-huh, yes.
23      Q     Okay.  One day after your e-mail to her asking
24    her to please hurry --
25      A     Please hurry.
```

Douglas Peart
January 4, 2017

83

1    Q    -- right?

2    A    Yes.

3    Q    It's fair to say that Ms. Snider's e-mail with

4  the proposed language to communicate to Ms. Noel that

5  was done in response to your e-mail to her the day

6  before; is that fair?

7         MS. MOXLEY:  Objection.  Assumes facts.

8    A    I don't know for a fact.

9    Q    (By Mr. Ahmad)  Seems to be a reasonable

10  interpretation, though, would you agree?

11         MS. MOXLEY:  Objection.  Argumentative.

12    A    Seems reasonable.

13    Q    (By Mr. Ahmad)  Okay.  All right.  Let me see

14  this Snider exhibit so the court reporter doesn't start

15  beating me over the head.  And here.  Okay.  There.

16         All right.  So take a look at Exhibit

17  No. 1 to your deposition.  If you look on the third page

18  of that, there is an e-mail from Jamie Allen to Jerry

19  Jackson and yourself March 4th, 2014, at 3:59 p.m.,

20  right?

21    A    Uh-huh.

22    Q    In that e-mail Ms. Allen is telling you and

23  Jerry that Ms. Noel is being repatriated because she

24  raised concerns about the work environment.  Do you see

25  that in there, sir?  It's the fourth bullet point in the

Douglas Peart
January 4, 2017

84

1    italicized language.

2       A    Oh, okay.  I hadn't got that far.

3       Q    I mean, you read the e-mail when you received

4    it, right, sir?

5       A    Not necessarily, no.

6            Okay.

7       Q    Isn't that what Ms. Allen is telling you --

8            MS. MOXLEY:  Objection.

9       Q    (By Mr. Ahmad)  -- that that's why --

10      A    I don't know.  I didn't write it so I can't --

11      Q    Well, sir, I'm not asking you to write it.  I'm

12   asking you to read it.  Isn't that what Ms. Allen is

13   saying in the e-mail to you?

14           MS. MOXLEY:  Objection.  Mischaracterizes

15   the document.

16      A    I'm sorry.  Can you say your question again?

17      Q    (By Mr. Ahmad)  Sure.  In this e-mail that

18   Ms. Allen wrote to you March 4th --

19      A    Yes.

20      Q    -- 2014, Ms. Allen is telling you and Jerry --

21      A    Yes.

22      Q    -- that Ms. Noel was being repatriated --

23      A    Yes.

24      Q    -- because she raised concerns about her work

25   environment, right, sir?

Douglas Peart
January 4, 2017

85

```
 1      A    No.
 2                MS. MOXLEY:  Objection.
 3   Mischaracterizes --
 4      Q    (By Mr. Ahmad)  Isn't that what the e-mail
 5   says?
 6                MS. MOXLEY:  -- the document.
 7      A    No, that's not what it says to me.
 8      Q    (By Mr. Ahmad)  Okay.
 9      A    It said to me exactly what she told me verbally
10   which was her work at -- her place in that work
11   environment had deteriorated, conflicts and behaviors
12   and such, to where it had become untenable, and they
13   needed to repatriate her to my team.  That's what I took
14   away from -- would take away from that because that
15   would be consistent with to me what they articulated a
16   couple of times.
17      Q    Well, Ms. Allen is articulating to you on
18   March 4th, 2014, some proposed language for Cornelia
19   Noel, one of which is saying -- and I will quote -- "You
20   have raised your own concerns about the work
21   environment, therefore, we will be repatriating you."
22   That's pretty clear, would you agree, sir?
23      A    I don't know that -- honestly, I don't know
24   that I read that part --
25      Q    Oh, I --
```

Douglas Peart
January 4, 2017

86

1      A      -- but now you're talking about?

2      Q      Yes, sir.

3      A      I see your point.

4      Q      That doesn't seem right, does it, sir?

5            MS. MOXLEY:  Objection.  Argumentative.

6      A      The way it's phrased, it doesn't appear that

7  way, no.

8      Q      (By Mr. Ahmad)  If you had read this at the

9  time, that's something -- we talked about this

10  earlier --

11      A      Yes.

12      Q      -- that's something that ought to be reported

13  to the company so that the company can investigate?

14            MS. MOXLEY:  Objection.  Argumentative.

15      Q      (By Mr. Ahmad)  Somebody is being repatriated

16  because they raised concerns about their work

17  environment; is that fair, sir?

18            MS. MOXLEY:  Objection.  Argumentative.

19      A      It would have certainly warranted some

20  conversation, further conversation, I think.

21            MR. AHMAD:  I'll pass the witness.

22            MS. MOXLEY:  We reserve our questions for

23  the time of trial.  We'll read and sign.

24            MR. AHMAD:  Thank you, sir.

25                  (The deposition concluded at 4:43 p.m.)

Douglas Peart
January 4, 2017

87

1                     CHANGES AND SIGNATURE

2   WITNESS NAME:  DOUGLAS PEART      DATE:  JANUARY 4, 2017

3   PAGE      LINE          CHANGE          REASON

4   _____

5   _____

6   _____

7   _____

8   _____

9   _____

10  _____

11  _____

12  _____

13  _____

14  _____

15  _____

16  _____

17  _____

18  _____

19  _____

20  _____

21  _____

22  _____

23  _____

24  _____

25  _____

Douglas Peart
January 4, 2017

88

1        I, DOUGLAS PEART, do hereby certify that I have

2    read the foregoing transcript and that the same and

3    accompanying change sheets, if any, constitute a true

4    and complete record of my testimony.

5

6

7    _____     _____

     DOUGLAS PEART                        Date

8

9    ------------------------------------------------

10   STATE OF _____

11   COUNTY OF _____

12       SUBSCRIBED AND SWORN to before me, the undersigned

13   authority, on this, the _____ day of _____,

14   20_____, by said witness.

15

16                    _____

17                    (Signature)  Notary Public

18

19                    _____

20                    (Print Name) Notary Public

21

22   My commission expires _____.

23

24

25

Raska Reporting
(832) 998-0015

Douglas Peart
January 4, 2017

89

STATE OF TEXAS        )

COUNTY OF HARRIS      )


   I, Wendi Broberg, Texas CSR No. 7091, do hereby

certify:

   That the foregoing deposition of DOUGLAS PEART was

taken before me at the time and place herein set forth,

at which time the witness was put under oath by me;

   That the testimony of the witness and all

objections made at the time of the examination were

recorded stenographically by me, were thereafter

transcribed under my direction and supervision and that

the foregoing is a true record of same.

   I further certify that I am neither counsel for nor

related to any party to said action, nor in any way

interested in the outcome thereof.

   In witness whereof, I have subscribed my name this

6th day of January, 2017.



_____
WENDI BROBERG, Texas CSR 7091
Expiration Date:  12/31/17
Raska Reporting
Firm Registration No. 604
4008 Louetta Road
Suite 233
Spring, Texas  77388
Ph. (832) 998-0015