IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CORNELIA NOEL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-15-1087 |
| | § | |
| SHELL OIL COMPANY and | § | |
| SHELL INTERNATIONAL E&P, INC., | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM, RECOMMENDATION, AND ORDER

Having reviewed the Magistrate Judge's Memorandum, Recommendation, and Order (Docket Entry No. 90) dated August 16, 2017, and the objections thereto, the court concludes that said Memorandum, Recommendation, and Order should be and is hereby **ADOPTED** by this court.

**SIGNED** at Houston, Texas, on this 13th day of September, 2017.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE